**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Lake District, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1519772** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3536 Canada Road**<br>**Lakeland, TN 38002**<br>Number, Street, City, State & ZIP Code | **5959 Topanga Canyon Blvd., Ste. 375**<br>**Woodland Hills, CA 91367**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Shelby**<br>County | **Location of principal assets, if different from principal place of business**<br>**3536 Canada Road Lakeland, TN 38002**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.thelakedistrict.us/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **The Lake District, LLC**                                      Case number (*if known*) _____
          Name

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **The Lake District, LLC**
_____Name_____    Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **The Lake District, LLC**                                    Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **The Lake District, LLC**                            Case number (*if known*) _____
Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 24, 2023**
                MM / DD / YYYY

**X** **/s/ Yehuda Netanel**                          **Yehuda Netanel**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Michael P. Coury**                       Date   **March 24, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Michael P. Coury**
Printed name

**GLANKLER BROWN PLLC**
Firm name

**6000 Poplar Ave**
**Suite 400**
**Memphis, TN 38119**
Number, Street, City, State & ZIP Code

Contact phone   **901-525-1322**      Email address   **mcoury@glankler.com**

**7002 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **The Lake District, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ___

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 24, 2023**          *X* **/s/ Yehuda Netanel**
                                  Signature of individual signing on behalf of debtor

                                  **Yehuda Netanel**
                                  Printed name

                                  **Manager**
                                  Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Lake District, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A2H Engineers 3009 Davies Plantation Road Lakeland, TN 38002** | | **Trade Debt** | | | | $27,911.00 |
| **Activate IV 1589 Appling Road Cordova, TN 38016** | | **Tenant Improvement Allowance** | | | | $41,141.00 |
| **Albright Investments, LLC 2171 Judicial Drive, Suite 120 Germantown, TN 38183** | | **Broker Commissions** | | | | $20,832.00 |
| **Carr Real Estate Brokerage 12820 Lynnfield Road Englewood, CO 80112** | | **Broker commission** | | | | $11,442.00 |
| **Chosen Lines Boutique 739 Fairway Drive Covington, TN 38019** | | **Tenant Improvement Allowance** | | | | $42,527.50 |
| **Economics Erosion Control 7272 Louella Avenue Arlington, TN 38002** | | **Trade Debt** | | | | $89,799.00 |

Debtor    **The Lake District, LLC**
_____    Case number *(if known)*    _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ella & Leah Fitness, LLC d/b/a Stretch Lab Lakeland 5841 Burlington Lane Attn. Jason McAllister Olive Branch, MS 38654** | | **Tenant Improvement Allowance** | **Subject to Setoff** | | | **$37,575.00** |
| **Erik Gonzalez 1718 Madison Avenue Memphis, TN 38104** | | **Counterclaim for Breach of Contract** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Fossett Paving Company 115 Cowan Road Collierville, TN 38017** | | **Trade Debt** | | | | **$114,583.00** |
| **Frida's Express, Inc. 1718 Madison Avenue Memphis, TN 38104** | | **Counterclaim for Breach of Contract** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Gilad Development Corporation 5959 Topanga Canyon Road, Ste. 375 Woodland Hills, CA 91367** | | **Loans** | | | | **$2,674,510.40** |
| **Gipson Mechanical Contractors 6863 East Raleigh LaGrange Road Memphis, TN 38134** | | **Roof top HVAC and installation** | | | | **$52,720.75** |
| **Gloss Nail Bar, LLC 561 Erin Drive Memphis, TN 38117** | | **Tenant Improvement Allowance** | | | | **$307,840.00** |
| **Grinder & Haizlip Construction 1746 Thomas Road Memphis, TN 38134** | | **Trade Debt** | | | | **$63,155.00** |
| **Hollywood Feed, LLC 1341 Warford Street Memphis, TN 38108** | | **Tenant Improvement Allowance** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$36,000.00** |

Debtor  **The Lake District, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kardoush, LLC 7730 Poplar Avenue, Suite 5 Germantown, TN 38138-3948** | | **Tenant Improvement Allowance** | | | | **$146,140.00** |
| **Lakefront Wellness, LLC 10509 Riley River Road Lakeland, TN 38002** | | **Tenant Improvement Allowance** | | | | **$38,920.00** |
| **Pyramid Electric, Inc. 7555 Appling Center Drive Memphis, TN 38133** | | **Trade Debt** | | | | **$105,356.00** |
| **TLN Group, LLC 10004 Quaking Lane Lakeland, TN 38002** | | **Tenant Improvement Allowance** | | | | **$25,000.00** |
| **VC Restaurant, LLC 8323 Saint Ives Cove Cordova, TN 38016** | | **Tenant Improvement Allowance** | | | | **$136,875.00** |

**Fill in this information to identify the case:**

Debtor name **The Lake District, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................. $    **60,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $    **20,244,507.33**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $    **80,244,507.33**

---

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **43,274,787.70**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    **3,972,327.65**

4.  **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b            $    **47,247,115.35**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**The Lake District, LLC**__

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Simmons Bank** | **Checking account** | 7131 | $3,000.00 |
| 3.2. | **First Horizon Bank** | **Checking account** | | $3,911.35 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $6,911.35

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **The Lake District, LLC**                                    Case number *(If known)* _____
       Name

| 11a. 90 days old or less: | 101,110.54 | - | 0.00 | = .... | $101,110.54 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 105,759.44 | - | 0.00 | =.... | $105,759.44 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.** | | $206,869.98 |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

Part 4:    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                      % of ownership

| 15.1. | **The Willows at the Lake - Homes, LLC** | 99.75 % | N/A | $0.00 |
|---|---|---|---|---|

| 15.2. | **The Willows at the Lake - Townhomes, LLC** | 99.75 % | | $1.00 |
|---|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.** | | $1.00 |

Add lines 14 through 16.  Copy the total to line 83.

Part 5:    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Part 6:    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Part 7:    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

| Debtor | **The Lake District, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

<table>
<tr><td colspan="4" style="background:black;color:white"><strong>Part 8:</strong>    <strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **2016 Ranger Rover Sport - 81,000 miles** | **$30,725.00** | N/A | **$30,725.00** |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels |
|---|---|

| 49. | **Aircraft and accessories** |
|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** |
|---|---|

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$30,725.00

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="5" style="background:black;color:white"><strong>Part 9:</strong>    <strong>Real property</strong></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| **3536 Canada Road** | **Fee Simple** | **Unknown** | | **$60,000,000.00** |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

$60,000,000.00

Debtor    **The Lake District, LLC**                                   Case number *(If known)* _____
_____
Name

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Lake District LLC v. Frida's Express Inc. , Frida's Inc., Lauriano Gonzalez, Jesse Gonzalez, and Erik Gonzalez**

| Nature of claim | Breach of lease and guaranty |         **Unknown** |
|---|---|
| Amount requested | **$0.00** |

**The Lake District, LLC v. Hollywood Feed, LLC - Counterclaim for breach of contract**

| Nature of claim |  |         **Unknown** |
|---|---|
| Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Tax Increment Financing Agreement with Industrial Development Board of City of Lakeland - current infrastructure cost reimbursement**                                                **$20,000,000.00**

Debtor    **The Lake District, LLC**
_____    Case number *(If known)* _____
Name

78.    **Total of Part 11.**                                                                                                    | $20,000,000.00 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **The Lake District, LLC**
_____    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,911.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $206,869.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,725.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $60,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $20,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,244,507.33 | + 91b.  $60,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $80,244,507.33 |

**Fill in this information to identify the case:**

Debtor name      **The Lake District, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Hamilton-Elles, Inc.**<br>Creditor's Name<br>**2056 Fletcher Creek Drive, Suite 102**<br>**Memphis, TN 38133**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3536 Canada Road - debt included in Linkous claim**<br><br>Describe the lien<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | $87,058.53 | $60,000,000.00 |

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. TIG Romspen US Master Mortgage, LP**
**2. Hamilton-Elles, Inc.**
**3. Linkous Construction Company, Inc.**
**4. Performance Contracting, Inc.**
**5. Moneymaker Contracting**
**6. Magnolia Underground Construction, Inc.**
**7. LRK Architects**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Linkous Construction Company, Inc.**<br>Creditor's Name<br>**1661 Aaron Brenner Drive, Suite 207**<br>**Memphis, TN 38120**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3536 Canada Road**<br><br>Describe the lien<br>**Mechanic's Lien** | $603,822.39 | $60,000,000.00 |

| Debtor | **The Lake District, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

|  | | |
| --- | --- | --- |
| | **Is the creditor an insider or related party?** | |
| Creditor's email address, if known | ■ No | |
| | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| **Specified on line 2.1** | ☐ Disputed | |

| 2.3 | **LRK Architects** | **Describe debtor's property that is subject to a lien** | $53,433.75 | $60,000,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **3536 Canada Road** | | |
| | **175 Toyota Plaza, Suite 500 Memphis, TN 38103** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ☐ Disputed | | |

| 2.4 | **LRK Architects** | **Describe debtor's property that is subject to a lien** | $64,255.25 | **Unknown** |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **3504 Lake District Dr. West; 9845 Lake District Dr. North; 9861 Lake District Drive North** | | |
| | **175 Toyota Plaza, Suite 500 Memphis, TN 38103** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Debtor   **The Lake District, LLC**
_____

Name                                                   Case number (if known) _____

---

| 2.5 | **Magnolia Underground Construction, Inc.** | **Describe debtor's property that is subject to a lien** | $255,017.89 | $60,000,000.00 |

Creditor's Name

**3536 Canada Road**

**2926 Cayce Road
Byhalia, MS 38611**

Creditor's mailing address

**Describe the lien**

**Materialman's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

**Specified on line 2.1**

■ Disputed

---

| 2.6 | **Moneymaker Contracting** | **Describe debtor's property that is subject to a lien** | $201,087.30 | $60,000,000.00 |

Creditor's Name

**3536 Canada Road**

**8931 Highway 305, Suite 201
Olive Branch, MS 38654**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**December 2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

**Specified on line 2.1**

☐ Disputed

---

| 2.7 | **Performance Contracting, Inc.** | **Describe debtor's property that is subject to a lien** | $109,128.68 | $60,000,000.00 |

Creditor's Name

**3536 Canada Road - debt included in Linkous lien**

**1877 Vanderhorn Drive
Memphis, TN 38124**

Creditor's mailing address

**Describe the lien**

**Materialman's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **The Lake District, LLC**
_____    Case number (if known) _____
Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

| 2.8 | **TIG Romspen US Master Mortgage, LP** | Describe debtor's property that is subject to a lien | $41,900,983.91 | $60,000,000.00 |
|---|---|---|---|---|

Creditor's Name
**3536 Canada Road**

**162 Cumberland Street, Suite 300 Toronto, Ontario M5R 3N5**

Creditor's mailing address

Describe the lien
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**0051**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $43,274,787.70 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Elizabeth Stengel Evans Petree PC 1715 Aaron Brenner Drive, Suite 800 Memphis, TN 38120** | Line  **2.6** | |
| **Kyle S. Hirsch Bryan Cave Leighton Paisner, LLP Two North Central Avenue Suite 2100 Phoenix, AZ 85004-4406** | Line  **2.8** | |
| **Linda J. Mathis 6389 Quail Hollow, Suite 201 Memphis, TN 38120** | Line  **2.1** | |

| Debtor | **The Lake District, LLC** | Case number (if known) | |
| | Name | | |

**Locke Waldrop, Esq.**
**Baker Donelson**
**Suite 2000**
**165 Madison Avenue**
**Memphis, TN 38103**

Line **2.8**

**Fill in this information to identify the case:**

Debtor name __**The Lake District, LLC**__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,911.00 |
|---|---|---|---|

**A2H Engineers**
**3009 Davies Plantation Road**
**Lakeland, TN 38002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,141.00 |
|---|---|---|---|

**Activate IV**
**1589 Appling Road**
**Cordova, TN 38016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Tenant Improvement Allowance__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,832.00 |
|---|---|---|---|

**Albright Investments, LLC**
**2171 Judicial Drive, Suite 120**
**Germantown, TN 38183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Broker Commissions__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,442.00 |
|---|---|---|---|

**Carr Real Estate Brokerage**
**12820 Lynnfield Road**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Broker commission__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **The Lake District, LLC**

Name

Case number (if known) _____

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,527.50** |
|---|---|---|---|

**Chosen Lines Boutique**
**739 Fairway Drive**
**Covington, TN 38019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Tenant Improvement Allowance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,799.00** |
|---|---|---|---|

**Economics Erosion Control**
**7272 Louella Avenue**
**Arlington, TN 38002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,575.00** |
|---|---|---|---|

**Ella & Leah Fitness, LLC**
**d/b/a Stretch Lab Lakeland**
**5841 Burlington Lane**
**Attn. Jason McAllister**
**Olive Branch, MS 38654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Tenant Improvement Allowance

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erik Gonzalez**
**1718 Madison Avenue**
**Memphis, TN 38104**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Counterclaim for Breach of Contract

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,583.00** |
|---|---|---|---|

**Fossett Paving Company**
**115 Cowan Road**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frida's Express, Inc.**
**1718 Madison Avenue**
**Memphis, TN 38104**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Counterclaim for Breach of Contract

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frida's, Inc.**
**1718 Madison Avenue**
**Memphis, TN 38104**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Counterclaim for Breach of Contract

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **The Lake District, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,674,510.40** |
|---|---|---|---|

**Gilad Development Corporation**
**5959 Topanga Canyon Road, Ste. 375**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2023**

Basis for the claim:  **Loans**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,720.75** |
|---|---|---|---|

**Gipson Mechanical Contractors**
**6863 East Raleigh LaGrange Road**
**Memphis, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Roof top HVAC and installation**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$307,840.00** |
|---|---|---|---|

**Gloss Nail Bar, LLC**
**561 Erin Drive**
**Memphis, TN 38117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Tenant Improvement Allowance**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,155.00** |
|---|---|---|---|

**Grinder & Haizlip Construction**
**1746 Thomas Road**
**Memphis, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**Hollywood Feed, LLC**
**1341 Warford Street**
**Memphis, TN 38108**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Tenant Improvement Allowance**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesse Gonzalez**
**1718 Madison Avenue**
**Memphis, TN 38104**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Counterclaim for Breach of Contract**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146,140.00** |
|---|---|---|---|

**Kardoush, LLC**
**7730 Poplar Avenue, Suite 5**
**Germantown, TN 38138-3948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Tenant Improvement Allowance**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **The Lake District, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,920.00 |
|---|---|---|---|
| | **Lakefront Wellness, LLC** | ☐ Contingent | |
| | **10509 Riley River Road** | ☐ Unliquidated | |
| | **Lakeland, TN 38002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Tenant Improvement Allowance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Lauriano Gonzalez** | ■ Contingent | |
| | **1718 Madison Avenue** | ■ Unliquidated | |
| | **Memphis, TN 38104** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Counterclaim for Breach of Contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,356.00 |
|---|---|---|---|
| | **Pyramid Electric, Inc.** | ☐ Contingent | |
| | **7555 Appling Center Drive** | ☐ Unliquidated | |
| | **Memphis, TN 38133** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | **TLN Group, LLC** | ☐ Contingent | |
| | **10004 Quaking Lane** | ☐ Unliquidated | |
| | **Lakeland, TN 38002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Tenant Improvement Allowance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136,875.00 |
|---|---|---|---|
| | **VC Restaurant, LLC** | ☐ Contingent | |
| | **8323 Saint Ives Cove** | ☐ Unliquidated | |
| | **Cordova, TN 38016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Tenant Improvement Allowance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,972,327.65 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 3,972,327.65 |

**Fill in this information to identify the case:**

Debtor name __**The Lake District, LLC**__

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Activate IV** <br> **Activate Memphis, LLC** <br> **Attn: Jeana W Bond & William Bond** <br> **1589 Appling Road** <br> **Cordova, TN 38016** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Chosen Lines Boutique, LLC** <br> **739 Fairway Drive** <br> **Covington, TN 38019** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Ella & Leah Fitness d/b/a** <br> **CycleBar Lakeland** <br> **5841 Burlington Lane** <br> **Olive Branch, MS 38654** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Frost Bake Shop** <br> **All American Sweets, Inc.** <br> **7876 Stage Hills Boulevard, Suite 1006** <br> **Bartlett, TN 38133** |

Debtor 1    **The Lake District, LLC**
            First Name          Middle Name          Last Name          Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest **Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Gloss Nail Bar, LLC** <br> **561 Erin Drive** <br> **Memphis, TN 38117** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest **Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Hollywood Feed, LLC** <br> **1341 Warford Street** <br> **Memphis, TN 38108** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest **Tax Increment Financing Agreement dated September 5, 2017** <br><br> State the term remaining <br><br> List the contract number of any government contract | **IDB of City of Lakeland** <br> **10001 Hwy 70** <br> **Lakeland, TN 38002** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest **Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Kardoush LLC / Lakeland Wine & Liquor** <br> **7730 Poplar Avenue, Suite 5** <br> **Germantown, TN 38138-3948** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest **Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Lakefront Wellness, LLC** <br> **10509 Riley River Road** <br> **Attn. Chase Papke** <br> **Arlington, TN 38002** |

Debtor 1    **The Lake District, LLC**                                          Case number (*if known*) _____
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|
| | State the term remaining | **Olive House Mediterranean Restaurant c/o Adam Jacob Adam 4007 Herons Landing Lane Arlington, TN 38002** |
| | List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|
| | State the term remaining | **Songstad Enterprises, Inc. d/b/a Effin Egg Attn: Randall Songstad 2438 Eagleridge Lane Cordova, TN 38016** |
| | List the contract number of any government contract | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|
| | State the term remaining | **StretchLab Ella & Leah Fitness, LLC 5841 Burlington Lane Olive Branch, MS 38654** |
| | List the contract number of any government contract | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|
| | State the term remaining | **The Soap Factory Andrew David Soap Factory Co. 81 Charleswood Drive Atoka, TN 38004** |
| | List the contract number of any government contract | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|
| | State the term remaining | **TLN Group Boba Society TLN Group, LLC 10004 Quaking Lane Arlington, TN 38002** |
| | List the contract number of any government contract | |

| Debtor 1 | **The Lake District, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Villa Castrioti** |
| | | | **VC Restaurant, LLC** |
| | List the contract number of any government contract | | **8323 Saint Ives Cove** |
| | | | **Cordova, TN 38016** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Wayback Burgers** |
| | | | **U.S. Donuts, Inc.** |
| | List the contract number of any government contract | | **1337 Fairway Forest Drive East** |
| | | | **Attn: Rino Bo** |
| | | | **Cordova, TN 38016** |

**Fill in this information to identify the case:**

Debtor name **The Lake District, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gilad Development Corporation** | **5959 Topanga Canyon Road Ste 375 Woodland Hills, CA 91367** | **TIG Romspen US Master Mortgage, LP** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Yehuda Netanel** | **5959 Topanga Canyon Road Ste 375 Woodland Hills, CA 91367** | **TIG Romspen US Master Mortgage, LP** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___**The Lake District, LLC**___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TENNESSEE___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **3/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$241,920.15** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$241,920.15** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$98,599.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **The Lake District, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Economic Erosion Control, LLC** | 1/27/23 - 20,000.00<br>2/24/23 - $6250.00<br>3/13/23 - $5415.00 | $36,665.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Farris Bobango PLLC**<br>**999 Shady Grove Road**<br>**Suite 500**<br>**Memphis, TN 38119** | 1/19/23 - 15,000<br>2/3/23 - 15,000<br>3.18. 23 - 10,000 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Fogelman Properties** | 1/4/23 - $2426.03<br>2/3/23 - $2427.16<br>3/323 - $2427.32 | $7,280.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Landscape Services Group** | 2/16/23 | $10,697.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **LRK Architects**<br>**175 Toyota Plaza, Suite 500**<br>**Memphis, TN 38103** | 12/28/23 - $10,000<br>1/19/23 - $15,000<br>2/14/23 - $15,000<br>3.6.23 -$10,000 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **MLG&W** | 1/26/23 to 3/7/23 | $13,039.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **A2H** | 2/28/23 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Tenant improvements** |

Debtor   **The Lake District, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **American Express** | 1/13/23 - 3/9/23 | $29,686.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Travel/lodging expense reimbursment** |
| 3.9. **Dexter Muller** | 1/6/23 - 3/6/23 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.10. **Moneymaker Contracting**<br>**8931 Highway 305, Suite 201**<br>**Olive Branch, MS 38654** | 1/9/23 - 10,000<br>12/30/22 - 10,000 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.11. **Upkeep360 Cleaning Service, LLC** | 1/13/23 - 2/1023 | $10,295.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

Debtor   **The Lake District, LLC**                                     Case number *(if known)* _____

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Linkous Construction Co., Inc.  v. The Lake District, LLC, TIG Romspen US Master Mortgage LP, and Staci Blackwell, Trustee**<br>**CH-23-0144-3** | **Complaint to Enforce Mechanics' and Materialman's Lien, Breach of Contract and other Relief** | **Chancery Court of Shelby County**<br>**140 Adams Avenue, # 308**<br>**Memphis, TN 38103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Hollywood Feed, LLC v. The Lake District, LLC**<br>**CH-23-0034** | **Temporary Injunction, Declaratory Judgment and Breach of Contract** | **Chancery Court of Shelby County**<br>**140 Adams, # 308**<br>**Memphis, TN 38103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **The Lake District, LLC v. Frida's Express, Inc., Frida's Inc., Lauriano Gonzalez, Jesse Gonzalez and Erik Gonzalez**<br>**CH-22-1463** | **Breach of Contract, Damages, and Specific Performance** | **Chancery Court of Shelby County**<br>**140 Adams, #308**<br>**Memphis, TN 38103** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor   **The Lake District, LLC**        Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 3/23/23 - $10,000 3/14/23 - $20,000 3/6/23 - $10,000 2/27/23 - $10,000 | |
| | **GLANKLER BROWN PLLC** **6000 Poplar Ave** **Suite 400** **Memphis, TN 38119** | **Attorney Fees** | | **$50,000.00** |
| | Email or website address **mcoury@glankler.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **The Lake District, LLC** _____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**16. Does the debtor collect and retain personally identifiable information of customers?**

&#9632; No.
&#9633; Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

&#9632; No. Go to Part 10.
&#9633; Yes. Does the debtor serve as plan administrator?

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

&#9632; None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

&#9632; None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

&#9632; None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

&#9632; None

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor    **The Lake District, LLC**                                    Case number *(if known)* _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **The Willows at the Lake - Homes, LLC**<br>**5959 Topanga Canyon Blvd. Ste. 375**<br>**Woodland Hills, CA 91367** | **Single Family Residence Development** | **EIN:**  **95-3713144**<br><br>**From-To**  **10/29/2020 to present** |
| 25.2. **The Willows at the Lake-Townhomes, LLC**<br>**5959 Topanga Canyon Blvd. Ste. 285**<br>**Woodland Hills, CA 91367-7514** | **Residential Townhomes Development** | **EIN:**  **84-4894885**<br><br>**From-To**  **10/22/2019 to present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor    **The Lake District, LLC**                                                                Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Gene Leano** **17224 Ceredo Place** **Granada Hills, CA 91344** | **2016 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Gene Leona** | **2020-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Richard Soltes, CPA** **Soltes Accountancy Corporation** **4220 Briarbend Road** **Dallas, TX 75287** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Yehuda Netanal** | **5959 Topanga Canyon Blvd. Ste. 285 Woodland Hills, CA 91367-7514** | **Manager** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **The Lake District Holdings, LLC** | **5959 Topanga Canyon Blvd. Ste. 285 Woodland Hills, CA 91367-7514** | **Member** | **25%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **MG Real Estate, LLC** | **5959 Topanga Canyon Blvd. Ste. 285 Woodland Hills, CA 91367-7514** | **Member** | **5%** |

Debtor   **The Lake District, LLC**                                Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Lake District Holdings TN, LLC | 5959 Topanga Canyon Blvd. Ste. 285 Woodland Hills, CA 91367-7514 | Member | 25% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 24, 2023**

**/s/ Yehuda Netanel**                                    **Yehuda Netanel**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Tennessee

In re   **The Lake District, LLC** _____  Case No. _____

Debtor(s)         Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **40,000.00** |
| Prior to the filing of this statement I have received | $ | **40,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 24, 2023** _____          **/s/ Michael P. Coury** _____
_Date_                                              **Michael P. Coury**
                                                    _Signature of Attorney_
                                                    **GLANKLER BROWN PLLC**
                                                    **6000 Poplar Ave**
                                                    **Suite 400**
                                                    **Memphis, TN 38119**
                                                    **901-525-1322  Fax: 901-525-2389**
                                                    **mcoury@glankler.com**
                                                    _Name of law firm_

# United States Bankruptcy Court
## Western District of Tennessee

In re   **The Lake District, LLC**                                                     Case No. _____

Debtor(s)                          Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Lake District Holdings TN, LLC**<br>**5959 Topanga Canyon Blvd.**<br>**Ste 375**<br>**Woodland Hills, CA 91367-7514** | | **70%** | **Member** |
| **Lake District Holdings, LLC**<br>**5959 Topanga Canyon Blvd.**<br>**Ste. 375**<br>**Woodland Hills, CA 91367-7514** | | **25%** | **Member** |
| **MG Real Estate, LLC**<br>**5959 Topanga Canyon Blvd.**<br>**Ste 375**<br>**Woodland Hills, CA 91367-7514** | | **5%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 24, 2023**                           Signature  **/s/ Yehuda Netanel**

**Yehuda Netanel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Tennessee

In re **The Lake District, LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 24, 2023**

**/s/ Yehuda Netanel**

**Yehuda Netanel/Manager**
Signer/Title

A2H Engineers
3009 Davies Plantation Road
Lakeland, TN 38002

Activate IV
1589 Appling Road
Cordova, TN 38016

Activate IV
Activate Memphis, LLC
Attn: Jeana W Bond & William Bond
1589 Appling Road
Cordova, TN 38016

Albright Investments, LLC
2171 Judicial Drive, Suite 120
Germantown, TN 38183

Carr Real Estate Brokerage
12820 Lynnfield Road
Englewood, CO 80112

Chosen Lines Boutique
739 Fairway Drive
Covington, TN 38019

Chosen Lines Boutique, LLC
739 Fairway Drive
Covington, TN 38019

Economics Erosion Control
7272 Louella Avenue
Arlington, TN 38002

Elizabeth Stengel
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Ella & Leah Fitness d/b/a
CycleBar Lakeland
5841 Burlington Lane
Olive Branch, MS 38654

Ella & Leah Fitness, LLC
d/b/a Stretch Lab Lakeland
5841 Burlington Lane
Attn. Jason McAllister
Olive Branch, MS 38654

Erik Gonzalez
1718 Madison Avenue
Memphis, TN 38104

Fossett Paving Company
115 Cowan Road
Collierville, TN 38017

Frida's Express, Inc.
1718 Madison Avenue
Memphis, TN 38104

Frida's, Inc.
1718 Madison Avenue
Memphis, TN 38104

Frost Bake Shop
All American Sweets, Inc.
7876 Stage Hills Boulevard, Suite 1006
Bartlett, TN 38133

Gilad Development Corporation
5959 Topanga Canyon Road, Ste. 375
Woodland Hills, CA 91367

Gilad Development Corporation
5959 Topanga Canyon Road
Ste 375
Woodland Hills, CA 91367

Gipson Mechanical Contractors
6863 East Raleigh LaGrange Road
Memphis, TN 38134

Gloss Nail Bar, LLC
561 Erin Drive
Memphis, TN 38117

Grinder & Haizlip Construction
1746 Thomas Road
Memphis, TN 38134

Hamilton-Elles, Inc.
2056 Fletcher Creek Drive, Suite 102
Memphis, TN 38133

Hollywood Feed, LLC
1341 Warford Street
Memphis, TN 38108

IDB of City of Lakeland
10001 Hwy 70
Lakeland, TN 38002

Jesse Gonzalez
1718 Madison Avenue
Memphis, TN 38104

Kardoush LLC / Lakeland Wine & Liquor
7730 Poplar Avenue, Suite 5
Germantown, TN 38138-3948

Kardoush, LLC
7730 Poplar Avenue, Suite 5
Germantown, TN 38138-3948

Kyle S. Hirsch
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

Lakefront Wellness, LLC
10509 Riley River Road
Lakeland, TN 38002

Lakefront Wellness, LLC
10509 Riley River Road
Attn. Chase Papke
Arlington, TN 38002

Lauriano Gonzalez
1718 Madison Avenue
Memphis, TN 38104

Linda J. Mathis
6389 Quail Hollow, Suite 201
Memphis, TN 38120

Linkous Construction Company, Inc.
1661 Aaron Brenner Drive, Suite 207
Memphis, TN 38120

Locke Waldrop, Esq.
Baker Donelson
Suite 2000
165 Madison Avenue
Memphis, TN 38103

LRK Architects
175 Toyota Plaza, Suite 500
Memphis, TN 38103

Magnolia Underground Construction, Inc.
2926 Cayce Road
Byhalia, MS 38611

Moneymaker Contracting
8931 Highway 305, Suite 201
Olive Branch, MS 38654

Olive House Mediterranean Restaurant
c/o Adam Jacob Adam
4007 Herons Landing Lane
Arlington, TN 38002

Performance Contracting, Inc.
1877 Vanderhorn Drive
Memphis, TN 38124

Pyramid Electric, Inc.
7555 Appling Center Drive
Memphis, TN 38133

Songstad Enterprises, Inc. d/b/a
Effin Egg
Attn: Randall Songstad
2438 Eagleridge Lane
Cordova, TN 38016

StretchLab
Ella & Leah Fitness, LLC
5841 Burlington Lane
Olive Branch, MS 38654

The Soap Factory
Andrew David Soap Factory Co.
81 Charleswood Drive
Atoka, TN 38004

TIG Romspen US Master Mortgage, LP
162 Cumberland Street, Suite 300
Toronto, Ontario M5R 3N5

TLN Group Boba Society
TLN Group, LLC
10004 Quaking Lane
Arlington, TN 38002

TLN Group, LLC
10004 Quaking Lane
Lakeland, TN 38002

VC Restaurant, LLC
8323 Saint Ives Cove
Cordova, TN 38016

Villa Castrioti
VC Restaurant, LLC
8323 Saint Ives Cove
Cordova, TN 38016

```
Wayback Burgers
U.S. Donuts, Inc.
1337 Fairway Forest Drive East
Attn: Rino Bo
Cordova, TN 38016

Yehuda Netanel
5959 Topanga Canyon Road
Ste 375
Woodland Hills, CA 91367
```

# United States Bankruptcy Court
## Western District of Tennessee

In re   **The Lake District, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Lake District, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 24, 2023**

Date

**/s/ Michael P. Coury**

**Michael P. Coury**

Signature of Attorney or Litigant
Counsel for   **The Lake District, LLC**

**GLANKLER BROWN PLLC**

**6000 Poplar Ave**
**Suite 400**
**Memphis, TN 38119**
**901-525-1322 Fax:901-525-2389**
**mcoury@glankler.com**