**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re: LAKE DISTRICT, LLC,

                        Debtor.

Case No. 23-21496-JDL

Chapter 11

### DECLARATION OF MICHAEL P. COURY

STATE OF TENNESSEE

COUNTY OF SHELBY

     MICHAEL P. COURY, being of legal age and pursuant to the provisions of 28 U.S.C. § 1746(2) declares and states as follows:

     1.     I, Michael P. Coury, am an attorney at law duly licensed to practice in the State of Tennessee.

     2.     I am a member of the law firm of Glankler Brown PLLC, ("Glankler Brown") and maintain an office at 6000 Poplar Avenue, Suite 400, Memphis, TN 38119.

     3.     To the best of my knowledge, Glankler Brown is a disinterested person, and has no connection with the Debtor, its creditors, accountants, or any other party in interest, or their respective attorneys except insofar as Declarant is a member of said law firm and Glankler Brown from time to time represents Hollywood Feed, LLC which is listed as a creditor in the Debtor's schedules in connection with general corporate matters and other matters. Hollywood Feed, LLC is a lessee of the Debtor pursuant to a lease agreement dated March 29, 2019, as amended (the "Lease"). A dispute exists between the parties as to whether the lease terminated pre-petition. The Debtor and Hollywood are parties to a lawsuit arising out of the lease pending in the Chancery Court of Shelby County, Tennessee styled *Hollywood Feed, LLC v. The Lake*

*District, LLC,* CH-23-00341-1 (the "Hollywood Litigation"). Glankler Brown, PLLC did not represent Hollywood Feed, LLC or the Lake District, LLC in connection with negotiation, drafting or execution of the Lease and has not represented either party in the Hollywood Litigation. The Debtor is represented by the law firm of Farris Bobango, PLC in connection with the Hollywood Litigation. The Debtor intends to engage Farris Bobango, LLC as special counsel to represent its interest in connection with any disputed contested matters or adversary proceedings which arise in this case regarding claims between the Debtor and Hollywood Feed, LLC and Glankler Brown PLLC will not be representing the Debtor in such matters as they relate to Hollywood Feed, LLC.

                                                /s/ Michael P. Coury
                                                Michael P. Coury

4891-7166-3965, v. 1