

6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
**P** 901.525.1322 **F** 901.525.2389
www.glankler.com
Tax ID No.: 62-0148660

September 22, 2023

Invoice No. 382205

Lake District, LLC
c/o Yehuda Netanel
5959 Topanga Canyon Blvd., Suite 285
Woodland Hills, CA 91367-7514

Lake District, LLC

Regarding:   Chapter 11 Bankruptcy
Our Reference No. 26476.70906

| | |
|---|---|
| FOR LEGAL SERVICES RENDERED AND ENTERED THROUGH 09/13/23 | $159,646.50 |
| DISBURSEMENTS THROUGH 09/13/23 | $11,167.79 |
| INVOICE TOTAL | $170,814.29 |

**REMITTANCE COPY – PLEASE ENCLOSE THIS PAGE WITH YOUR PAYMENT AND REMIT TO:**

**GLANKLER BROWN, PLLC**
**ATTN: ACCOUNTS RECEIVABLE**
**6000 POPLAR AVENUE, SUITE 400**
**MEMPHIS, TN 38119**

To pay by VISA, Mastercard, Discover, American Express or e-check, go to

www.glankler.com/billpay

There will be a 3% convenience fee for credit cards.
There will be no fee for e-checks.



**GLANKLER BROWN.**

ATTORNEYS

6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
**P** 901.525.1322 **F** 901.525.2389
www.glankler.com
**Tax ID No.: 62-0148660**

September 22, 2023

Invoice No. 382205

Lake District, LLC
c/o Yehuda Netanel
5959 Topanga Canyon Blvd., Suite 285
Woodland Hills, CA 91367-7514

Lake District, LLC

Regarding:    Chapter 11 Bankruptcy
Our Reference No. 26476.70906

| | | |
|---|---|---:|
| FOR LEGAL SERVICES RENDERED AND ENTERED THROUGH 09/13/23 | | $159,646.50 |
| DISBURSEMENTS THROUGH 09/13/23 | | $11,167.79 |
| INVOICE TOTAL | | $170,814.29 |

### ITEMIZED SERVICES

| DATE | DESCRIPTION | TASK | ATTY | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 03/23/23 | Conference with Netanel; work on schedules; research lien priority | B110 | MPC | 2.30 | 500.00 | 1,150.00 |
| 03/30/23 | Emails with client re IDI and required documents. | B110 | RXH | 0.30 | 350.00 | 105.00 |
| 03/31/23 | Telephone from Yehuda Netanel (.5)  re calls to Patterson and Bright; telephone to Patterson and Bright (.4) | B110 | MPC | 0.90 | 500.00 | 450.00 |
| 04/03/23 | Telephone with Patterson and Netanel re Lakeland (.2); telephone with Patterson, Roman, Netanel and Walker re Lakeland (.4) | B110 | MPC | 0.60 | 500.00 | 300.00 |
| 04/04/23 | Prepared documents for IDI. | B110 | RXH | 1.00 | 350.00 | 350.00 |

| Date | Description | | | Hours | Rate | Amount |
|------|-------------|---|---|-------|------|--------|
| 04/04/23 | Attended IDI. | B110 | RXH | 1.50 | 350.00 | 525.00 |
| 04/04/23 | Emails with UST's office re IDI. | B110 | RXH | 0.50 | 350.00 | 175.00 |
| 04/06/23 | Emails with client re documents required by US Trustee. | B110 | RXH | 0.20 | 350.00 | 70.00 |
| 04/11/23 | Review CC budget to actual report and emails to and from Netanel re same; telephone calls to Netanel; emails to and from Hirsch | B110 | MPC | 0.70 | 500.00 | 350.00 |
| 04/11/23 | Prepared IDI documents for UST. | B110 | RXH | 0.30 | 350.00 | 105.00 |
| 04/12/23 | Telephone call with Netanel and prospective lender | B110 | MPC | 0.70 | 500.00 | 350.00 |
| 04/19/23 | Emails with client re proof of insurance for UST. | B110 | RXH | 0.30 | 350.00 | 105.00 |
| 04/20/23 | Emails with client re IDI required documents. | B110 | RXH | 0.20 | 350.00 | 70.00 |
| 04/27/23 | Telephone with Turpin re budget reports | B110 | MPC | 0.30 | 500.00 | 150.00 |
| 05/25/23 | Communications with client re items required for IDI. | B110 | RXH | 0.50 | 350.00 | 175.00 |
| 05/26/23 | Emails with client re documents required for IDI. | B110 | RXH | 0.30 | 350.00 | 105.00 |
| 05/31/23 | Gathered materials for IDI. | B110 | RXH | 1.00 | 350.00 | 350.00 |
| 05/31/23 | Emails with UST re IDI documents. | B110 | RXH | 0.30 | 350.00 | 105.00 |
| 06/05/23 | Zoom call with Bright and Patterson re TIF (.4); telephone with Netanel re same (.4) | B110 | MPC | 0.80 | 500.00 | 400.00 |
| 06/22/23 | Attend status conference | B110 | MPC | 0.75 | 500.00 | 375.00 |
| 06/22/23 | Attended status conference. | B110 | RXH | 1.50 | 350.00 | 525.00 |
| 06/23/23 | Phone call with client re monthly operating reports. | B110 | RXH | 0.30 | 350.00 | 105.00 |
| 07/03/23 | Prepared monthly operating reports. | B110 | RXH | 1.00 | 350.00 | 350.00 |
| 07/06/23 | Prepared monthly operating reports. | B110 | RXH | 0.50 | 350.00 | 175.00 |
| 07/07/23 | Prepared and filed monthly operating reports for March through May. | B110 | RXH | 1.50 | 350.00 | 525.00 |

| 07/14/23 | Prepared and filed monthly operating report. | B110 | RXH | 0.50 | 350.00 | 175.00 |
|----------|-----------|------|-----|------|--------|--------|
| 07/19/23 | Phone call with UST re upcoming hearing on motion to dismiss. | B110 | RXH | 0.10 | 350.00 | 35.00 |
| 07/20/23 | Attended hearing on motion to sell property. | B110 | RXH | 0.50 | 350.00 | 175.00 |
| 08/15/23 | Prepared and filed monthly operating report. | B110 | RXH | 0.50 | 350.00 | 175.00 |
| 09/08/23 | Emails with client re monthly operating report. | B110 | RXH | 0.50 | 350.00 | 175.00 |
| 06/08/23 | Meeting with Netanel, Patterson, Bright and Roman | B130 | MPC | 1.50 | 500.00 | 750.00 |
| 06/12/23 | Work on CFA motion to sell; emails to and from Parrish; review Fifth Amendment | B130 | MPC | 2.00 | 500.00 | 1,000.00 |
| 06/12/23 | Phone conference with Coury re motion to sell property. | B130 | RXH | 0.20 | 350.00 | 70.00 |
| 06/19/23 | Revise and file Chick Fil A sale motion | B130 | MPC | 0.50 | 500.00 | 250.00 |
| 07/18/23 | Reviewed objection to motion to sell property. | B130 | RXH | 0.50 | 350.00 | 175.00 |
| 07/19/23 | Emails with opposing counsel re upcoming hearing on motion to sell property. | B130 | RXH | 0.20 | 350.00 | 70.00 |
| 08/11/23 | Telephone calls to Netanel re Lakeland and LRK; telephone to Bright | B130 | MPC | 0.50 | 500.00 | 250.00 |
| 08/11/23 | Emails re letters of intent. | B130 | RXH | 0.30 | 350.00 | 105.00 |
| 08/18/23 | Emails re lien releases on parcel of landing being sold. | B130 | RXH | 0.40 | 350.00 | 140.00 |
| 08/30/23 | Review and upload 6th amendment and CFA order (.3); email to and from counsel for Carr Inc.; prepare and file change of address for Carr (.4) | B130 | MPC | 0.70 | 500.00 | 350.00 |
| 09/11/23 | Virtual conference with opposing counsel re sale order. | B130 | RXH | 0.50 | 350.00 | 175.00 |
| 03/28/23 | Emails to Clift and from Waldrop; telephone conference with Netanel; | B140 | MPC | 1.00 | 500.00 | 500.00 |
| 04/21/23 | Begin review of motion and appraisal; telephone conference with Netanel and | B140 | MPC | 1.00 | 500.00 | 500.00 |

Praytor; telephone with Hirsch re scheduling.

| 04/25/23 | Conference with Coury re drafting Response to Motion for Relief From Stay. | B140 | RXH | 0.30 | 350.00 | 105.00 |
|---|---|---|---|---|---|---|
| 04/27/23 | Phone conference with client re relief from stay motion. | B140 | RXH | 0.20 | 350.00 | 70.00 |
| 04/27/23 | Conference with Coury re relief from stay motion. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 04/28/23 | Conference with Netanel re pending matters | B140 | MPC | 3.00 | 500.00 | 1,500.00 |
| 04/28/23 | Conference with Coury and client re Response to Motion for Relief From Stay. | B140 | RXH | 3.00 | 350.00 | 1,050.00 |
| 04/28/23 | Research re assignment of contract and affect on valuation. | B140 | RXH | 1.00 | 350.00 | 350.00 |
| 04/29/23 | Review appraisals | B140 | MPC | 2.00 | 500.00 | 1,000.00 |
| 05/01/23 | Telephone conference with Muller (.5); review Legalist docs (1.0); meet with Netanel(1.2) finish review of Legalist and email to Netanel (.50) | B140 | MPC | 3.20 | 500.00 | 1,600.00 |
| 05/01/23 | Drafted declaration of Mr. Netanel in opposition to motion for relief from stay. | B140 | RXH | 3.00 | 350.00 | 1,050.00 |
| 05/01/23 | Phone conference with Dexter Mullins re TIF. | B140 | RXH | 0.50 | 350.00 | 175.00 |
| 05/01/23 | Conference with client and Coury re opposing motion for relief from stay. | B140 | RXH | 2.00 | 350.00 | 700.00 |
| 05/02/23 | Research re stay issues (.75); emails to and from Davey and Netanel; emails to and from Becky; email to Hirsch | B140 | MPC | 1.50 | 500.00 | 750.00 |
| 05/02/23 | Drafted response to motion for relief from stay. | B140 | RXH | 5.00 | 350.00 | 1,750.00 |
| 05/03/23 | Drafted declaration of Yehuda Netanel. | B140 | RXH | 1.20 | 350.00 | 420.00 |
| 05/03/23 | Drafted declaration of John Praytor. | B140 | RXH | 1.00 | 350.00 | 350.00 |
| 05/03/23 | Phone call with client re upcoming hearing on motion for relief from stay. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 05/03/23 | Conference with Coury re responding to motion for relief from stay. | B140 | RXH | 0.70 | 350.00 | 245.00 |

| 05/03/23 | Drafted response to motion for relief from stay. | B140 | RXH | 1.20 | 350.00 | 420.00 |
|---|---|---|---|---|---|---|
| 05/04/23 | Telephone to Praytor re schedule and appraisals (.5); email from Waldrop and review discovery (.25); telephone with Netanel and Hutchens re same (.25); work on DIP motion and docs (3.0); telephone conference with Netanel and Hutchens (1.0) | B140 | MPC | 4.75 | 500.00 | 2,375.00 |
| 05/04/23 | Phone conference with client re declaration for hearing on motion for relief from stay. | B140 | RXH | 0.70 | 350.00 | 245.00 |
| 05/04/23 | Phone conference with client re responses to discovery requests. | B140 | RXH | 1.10 | 350.00 | 385.00 |
| 05/04/23 | Drafted declaration of Yehuda for hearing on motion for relief from stay. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 05/04/23 | Drafted declaration of appraiser for hearing on motion for relief from stay. | B140 | RXH | 0.60 | 350.00 | 210.00 |
| 05/04/23 | Drafted discovery requests to Romspen re motion for relief from stay. | B140 | RXH | 0.70 | 350.00 | 245.00 |
| 05/04/23 | Drafted response to motion for relief from stay. | B140 | RXH | 2.50 | 350.00 | 875.00 |
| 05/05/23 | Continue revision of Leglaist DIP motion (1.5) email to Davey re same (.1) ; email to Netanel re same (.2); review Romspen claim (.2); telephone conference with Lock Waldrop and Clift re scheduling order and review revised order (.70) ; telephone conference with Netanel and Hutchens re case status (.4) | B140 | MPC | 3.10 | 500.00 | 1,550.00 |
| 05/05/23 | Phone call with opposing counsel re upcoming hearing on motion for relief from stay. | B140 | RXH | 0.50 | 350.00 | 175.00 |
| 05/05/23 | Emails with client re response to motion for summary judgment. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 05/05/23 | Drafted response to motion for relief from stay. | B140 | RXH | 4.20 | 350.00 | 1,470.00 |
| 05/05/23 | Research re response to motion for relief from stay. | B140 | RXH | 1.90 | 350.00 | 665.00 |

| 05/06/23 | Work on Yehuda declaration and emails to Yehuda | B140 | MPC | 2.00 | 500.00 | 1,000.00 |
|---|---|---|---|---|---|---|
| 05/06/23 | Drafted response to motion for relief from stay and accompanying documents. | B140 | RXH | 2.00 | 350.00 | 700.00 |
| 05/08/23 | Conference with Coury re discovery related to motion for relief from stay. | B140 | RXH | 0.50 | 350.00 | 175.00 |
| 05/08/23 | Prepare documents for production to opposing counsel. | B140 | MB | 0.40 | 220.00 | 88.00 |
| 05/09/23 | Phone call with client re declaration. | B140 | RXH | 1.20 | 350.00 | 420.00 |
| 05/09/23 | Phone call with client re declaration. | B140 | RXH | 0.20 | 350.00 | 70.00 |
| 05/09/23 | Drafted declaration of Dexter of Muller re TIF. | B140 | RXH | 1.50 | 350.00 | 525.00 |
| 05/09/23 | Drafted witness/exhibit list. | B140 | RXH | 1.20 | 350.00 | 420.00 |
| 05/09/23 | Research re filing a plan in a single asset real estate case. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 05/09/23 | Drafted declaration of appraiser. | B140 | RXH | 0.50 | 350.00 | 175.00 |
| 05/09/23 | Prepared discovery responses. | B140 | RXH | 0.50 | 350.00 | 175.00 |
| 05/10/23 | Review and revise declarations and draft response; emails to and from Yehuda and Becky Pendleton | B140 | MPC | 3.00 | 500.00 | 1,500.00 |
| 05/10/23 | Phone call with client re discovery responses. | B140 | RXH | 1.30 | 350.00 | 455.00 |
| 05/10/23 | Virtual meeting with appraisers re upcoming depositions. | B140 | RXH | 2.50 | 350.00 | 875.00 |
| 05/10/23 | Emails with expert re declaration. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 05/10/23 | Drafted declaration of Dexter Muller. | B140 | RXH | 1.20 | 350.00 | 420.00 |
| 05/10/23 | Drafted discovery responses. | B140 | RXH | 1.60 | 350.00 | 560.00 |
| 05/10/23 | Drafted declaration of Yehuda Netanel. | B140 | RXH | 1.00 | 350.00 | 350.00 |
| 05/10/23 | Prepared exhibits to file with response to motion for relief from stay. | B140 | RXH | 0.20 | 350.00 | 70.00 |
| 05/11/23 | Prepared responses to discovery requests. | B140 | RXH | 5.00 | 350.00 | 1,750.00 |

| 05/11/23 | Drafted declaration of Yehuda Netanel. | B140 | RXH | 1.30 | 350.00 | 455.00 |
| 05/11/23 | Drafted declaration of Dexter Muller. | B140 | RXH | 1.20 | 350.00 | 420.00 |
| 05/11/23 | Phone conference with client re discovery responses. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 05/11/23 | Emails with client re discovery responses. | B140 | RXH | 0.60 | 350.00 | 210.00 |
| 05/11/23 | Prepare documents for production to opposing counsel. | B140 | MB | 2.30 | 220.00 | 506.00 |
| 05/12/23 | Prepare for and attend depositions of Roitman and Praytor | B140 | MPC | 8.00 | 500.00 | 4,000.00 |
| 05/12/23 | Attended the deposition of John Praytor. | B140 | RXH | 4.60 | 350.00 | 1,610.00 |
| 05/12/23 | Attended the deposition of Roitman. | B140 | RXH | 1.50 | 350.00 | 525.00 |
| 05/12/23 | Phone call with outside counsel re discovery responses. | B140 | RXH | 0.20 | 350.00 | 70.00 |
| 05/12/23 | Emails with opposing counsel re discovery requests. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 05/13/23 | Deposition prep with Netanel and document supplementation | B140 | MPC | 4.00 | 500.00 | 2,000.00 |
| 05/13/23 | Met with client to prepare for depositions and trial on motion for relief from stay. | B140 | RXH | 4.00 | 350.00 | 1,400.00 |
| 05/14/23 | Depo prep for Neyhart | B140 | MPC | 6.00 | 500.00 | 3,000.00 |
| 05/15/23 | Attended various depositions re motion for relief from stay. | B140 | RXH | 9.50 | 350.00 | 3,325.00 |
| 05/16/23 | Attend Praytor deposition; trial prep | B140 | MPC | 5.00 | 500.00 | 2,500.00 |
| 05/16/23 | Prepared exhibits and exhibit list for upcoming trial on motion for relief from stay. | B140 | RXH | 4.00 | 350.00 | 1,400.00 |
| 05/16/23 | Drafted joint pretrial statement. | B140 | RXH | 2.00 | 350.00 | 700.00 |
| 05/16/23 | Emails with opposing counsel re joint pretrial statement. | B140 | RXH | 0.50 | 350.00 | 175.00 |
| 05/16/23 | Phone conference with expert re exhibits. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 05/17/23 | Trial prep | B140 | MPC | 6.00 | 500.00 | 3,000.00 |

| 05/17/23 | Prepared for trial on motion for relief from stay. | B140 | RXH | 7.00 | 350.00 | 2,450.00 |
| 05/17/23 | Drafted supplemental declaration of John Praytor and accompanying exhibits. | B140 | RXH | 1.00 | 350.00 | 350.00 |
| 05/18/23 | Prepare for and attend trial | B140 | MPC | 8.00 | 500.00 | 4,000.00 |
| 05/18/23 | Met with expert witness to prepare for trial. | B140 | RXH | 2.00 | 350.00 | 700.00 |
| 05/18/23 | Appeared at trial on motion for relief from stay. | B140 | RXH | 6.00 | 350.00 | 2,100.00 |
| 05/19/23 | Attend trial | B140 | MPC | 7.00 | 500.00 | 3,500.00 |
| 05/19/23 | Appeared for trial on motion for relief from stay. | B140 | RXH | 7.00 | 350.00 | 2,450.00 |
| 05/24/23 | Emails re redlined versions of exhibits. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 06/02/23 | Prepared post-trial brief for relief from stay motion. | B140 | RXH | 3.00 | 350.00 | 1,050.00 |
| 06/05/23 | Drafted post-trial brief. | B140 | RXH | 4.00 | 350.00 | 1,400.00 |
| 06/06/23 | Drafted post-trial brief. | B140 | RXH | 3.00 | 350.00 | 1,050.00 |
| 06/07/23 | Drafted post-trial brief for motion for relief from stay. | B140 | RXH | 4.00 | 350.00 | 1,400.00 |
| 06/08/23 | Drafted post-trial brief on motion for relief from stay. | B140 | RXH | 5.00 | 350.00 | 1,750.00 |
| 06/09/23 | Drafted post-trial brief on motion for relief from stay. | B140 | RXH | 4.00 | 350.00 | 1,400.00 |
| 06/12/23 | Drafted post-trial brief on motion for relief from stay. | B140 | RXH | 4.50 | 350.00 | 1,575.00 |
| 06/13/23 | Drafted post-trial brief on motion for relief from stay. | B140 | RXH | 1.50 | 350.00 | 525.00 |
| 06/14/23 | Drafted post-trial brief. | B140 | RXH | 2.00 | 350.00 | 700.00 |
| 06/16/23 | Drafted and filed post-trial brief. | B140 | RXH | 2.00 | 350.00 | 700.00 |
| 06/20/23 | Phone calls with law clerk re providing post trial brief in Word form. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 06/28/23 | Reviewed the court's decision on the motion | B140 | RXH | 0.50 | 350.00 | 175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/28/23 | Phone conference with client re opinion on motion for relief from stay. | B140 | RXH | 0.50 | 350.00 | 175.00 |
| 07/18/23 | Reviewed motion to reconsider order denying motion for relief from stay. | B140 | RXH | 1.00 | 350.00 | 350.00 |
| 07/19/23 | Drafted response to motion to reconsider relief from stay motion. | B140 | RXH | 1.30 | 350.00 | 455.00 |
| 07/20/23 | Drafted response to motion to reconsider. | B140 | RXH | 2.00 | 350.00 | 700.00 |
| 07/21/23 | Drafted response to motion to reconsider order denying relief from the stay. | B140 | RXH | 4.00 | 350.00 | 1,400.00 |
| 07/25/23 | Work on response to Motion to Reconsider | B140 | MPC | 1.00 | 500.00 | 500.00 |
| 07/25/23 | Research re standard for a motion to reconsider. | B140 | RXH | 1.30 | 350.00 | 455.00 |
| 07/26/23 | Telephone conference with Netanel re LOI's | B140 | MPC | 0.40 | 500.00 | 200.00 |
| 07/26/23 | Drafted objection to motion for reconsideration. | B140 | RXH | 1.00 | 350.00 | 350.00 |
| 07/26/23 | Emails re letters of intent. | B140 | RXH | 0.30 | 350.00 | 105.00 |
| 07/27/23 | Draft Declaration; telephone conference with Netanel re same; review draft response; | B140 | MPC | 2.00 | 500.00 | 1,000.00 |
| 07/27/23 | Drafted objection and supporting documents to motion to reconsider. | B140 | RXH | 3.00 | 350.00 | 1,050.00 |
| 08/01/23 | Reviewed reply filed by creditor re motion to reconsider. | B140 | RXH | 0.50 | 350.00 | 175.00 |
| 08/03/23 | Prepare for and attend hearing on CFA sale, UST motion, motion to reconsider and disclosure statement | B140 | MPC | 6.00 | 500.00 | 3,000.00 |
| 08/03/23 | Attended hearing on motion to reconsider motion for relief from stay/disclosure statement approval, etc. | B140 | RXH | 4.00 | 350.00 | 1,400.00 |
| 04/19/23 | Confer with Netanel and prepare for and attend meeting of creditors | B150 | MPC | 4.00 | 500.00 | 2,000.00 |
| 04/11/23 | Conference with Coury re application to be employed. | B160 | RXH | 0.30 | 350.00 | 105.00 |

| Date | Description | | | Hours | Rate | Amount |
|------|-------------|---|---|-------|------|--------|
| 04/12/23 | Prepare GB application to employ and declaration | B160 | MPC | 0.70 | 500.00 | 350.00 |
| 04/20/23 | Prepare application to employ appraiser and declaration of Praytor | B160 | MPC | 0.60 | 500.00 | 300.00 |
| 04/24/23 | Drafted Application and accompanying Declaration to Hire Special Counsel. | B160 | RXH | 2.10 | 350.00 | 735.00 |
| 04/26/23 | Revise and file Application to Employ Appraiser | B160 | MPC | 0.20 | 500.00 | 100.00 |
| 04/28/23 | Emails with special counsel re application to employ. | B160 | RXH | 0.40 | 350.00 | 140.00 |
| 05/09/23 | Emails with special counsel re motion to employ. | B160 | RXH | 0.40 | 350.00 | 140.00 |
| 05/24/23 | Prepare order approving interim fee procedure motion | B160 | MPC | 0.40 | 500.00 | 200.00 |
| 05/24/23 | Drafted order to employ John Praytor. | B160 | RXH | 0.30 | 350.00 | 105.00 |
| 03/28/23 | Conference with Coury re assuming executory contracts. | B185 | RXH | 0.40 | 350.00 | 140.00 |
| 07/11/23 | Telephone to Miller re Hollywood lease | B185 | MPC | 0.40 | 500.00 | 200.00 |
| 07/12/23 | Telephone from Kulka re Hollywood lease(.40); telephone to Netanel re same and case status(.3) | B185 | MPC | 0.70 | 500.00 | 350.00 |
| 03/20/23 | Revise budget and order; atttend CC hearing; emails to and from counsel | B230 | MPC | 1.50 | 500.00 | 750.00 |
| 03/22/23 | Research re appropriate equity cushion for a motion to obtain credit.  Met with client re schedules and overall bankruptcy strategy.  Drafted budget for Cash Collateral Order.  Drafted Cash Collateral Motion. | B230 | RXH | 5.15 | 350.00 | 1,802.50 |
| 03/23/23 | Updated budget for Cash Collateral Motion.  Drafted Cash Collateral Motion. | B230 | RXH | 2.50 | 350.00 | 875.00 |
| 03/24/23 | Finalized and filed Cash Collateral Motion and Order (1.1).  Finalized and filed budget for Cash Collateral Motion (.5).  Drafted Interim Order on Cash Collateral Motion (2.1).  Emails | B230 | RXH | 5.00 | 350.00 | 1,750.00 |

with co-counsel re same (.2). Drafted letter
to tenant re offsetting rent and the
automatic stay (1).  Phone call with client re
budget (.1).

| 03/28/23 | Phone call with client re Motion to Use Cash Collateral. | B230 | RXH | 0.20 | 350.00 | 70.00 |
|---|---|---|---|---|---|---|
| 03/28/23 | Emails with opposing counsel re Motion to Use Cash Collateral. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 03/29/23 | Emails and telephone to and from Waldrop, Hirsch and Rohrscheib re interim cash collateal; telephone conference with Netanel re same; telephone to Miller re litigation | B230 | MPC | 4.00 | 500.00 | 2,000.00 |
| 03/29/23 | Prepared and filed Proposed Order to Cash Collateral Motion. | B230 | RXH | 0.20 | 350.00 | 70.00 |
| 03/29/23 | Reviewed UST's Objection to Motion to Use Cash Collateral. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 03/30/23 | Finalized and filed Order on Cash Collateral. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 04/03/23 | Finalized and filed budget to cash collateral order. | B230 | RXH | 0.20 | 350.00 | 70.00 |
| 04/20/23 | Review backup for budget and email to Hirsch re same; telephone to Netanel re same; email from and to Miller re Frida's settlement | B230 | MPC | 0.70 | 500.00 | 350.00 |
| 04/21/23 | Phone call with opposing counsel re opposition to Motion to Use Cash Collateral. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 04/21/23 | Conference with Coury re opposition to cash collateral motion. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 04/26/23 | Emails to and from Netanel and Turpin re revisions to budget and projections and budget to actual (.5) telephone to Turpin (.3); telephone to Netanel(.3); emails to and from Hirsch (.5) revise order (.3); review appraisal (1.0) | B230 | MPC | 2.90 | 500.00 | 1,450.00 |
| 04/27/23 | Court appearance re cash collateral motion (2.0) finalize and file CC order (.2); prepare and file order approving GB employment (.2); review Roitman declaration (.4); telephone with Netanel and Hutchens re same (.3); | B230 | MPC | 3.30 | 500.00 | 1,650.00 |

| 05/01/23 | Work on DIP Motion | B230 | MPC | 1.50 | 500.00 | 750.00 |
| 05/23/23 | Phone call with client re budget to actual for cash collateral. | B230 | RXH | 0.40 | 350.00 | 140.00 |
| 05/25/23 | Reviewed proposed cash collateral budget. | B230 | RXH | 1.00 | 350.00 | 350.00 |
| 05/26/23 | Emails with opposing counsel re cash collateral budget. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 05/30/23 | Prepared revised budget for cash collateral | B230 | RXH | 1.00 | 350.00 | 350.00 |
| 05/30/23 | Emails with client re new cash collateral budget. | B230 | RXH | 1.20 | 350.00 | 420.00 |
| 05/30/23 | Emails with opposing counsel re cash collateral budget. | B230 | RXH | 0.70 | 350.00 | 245.00 |
| 05/30/23 | Phone call with opposing counsel re cash collateral budget. | B230 | RXH | 0.40 | 350.00 | 140.00 |
| 05/30/23 | Reviewed budget to actual report. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 06/06/23 | Reviewed budget to actual report for cash collateral. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 06/07/23 | Emails with client re questions regarding budget to actual report. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 06/14/23 | Emails with opposing counsel re budget to actual report. | B230 | RXH | 0.20 | 350.00 | 70.00 |
| 06/14/23 | Prepared and filed third interim cash collateral order. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 06/20/23 | Phone call with client re budget to actual report. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 06/20/23 | Emails with client re budget to actual report. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 06/20/23 | Prepared budget to actual report. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 06/20/23 | Emails with opposing counsel re budget to actual report. | B230 | RXH | 0.10 | 350.00 | 35.00 |
| 06/21/23 | Phone call with client re cash collateral budget. | B230 | RXH | 0.10 | 350.00 | 35.00 |

| 06/21/23 | Emails with client re cash collateral budget. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 06/27/23 | Emails with client re cash collateral budget. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 06/27/23 | Reviewed weekly budget to actual report. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 06/29/23 | Emails with client re cash collateral budget. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 06/30/23 | Emails with client re new proposed cash collateral budget. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 06/30/23 | Reviewed proposed cash collateral budget. | B230 | RXH | 0.20 | 350.00 | 70.00 |
| 07/03/23 | Emails with client re cash collateral report. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 07/03/23 | Emails with opposing counsel re cash collateral reports. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 07/05/23 | Provided weekly budget to actual report to opposing counsel. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 07/10/23 | Emails with opposing counsel re cash collateral budget. | B230 | RXH | 0.20 | 350.00 | 70.00 |
| 07/11/23 | Emails with opposing counsel re budget to actual report. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 07/12/23 | Emails re cash collateral budget. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 07/14/23 | Emails with client re weekly budget to actual reports. | B230 | RXH | 0.20 | 350.00 | 70.00 |
| 07/18/23 | Prepared budget to actual report and emailed it to opposing counsel. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 07/18/23 | Emails with client re cash collateral budget. | B230 | RXH | 0.20 | 350.00 | 70.00 |
| 07/20/23 | Emails with client re cash collateral issues. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 07/21/23 | Emails with client re cash collateral budget and expenses. | B230 | RXH | 1.00 | 350.00 | 350.00 |
| 07/21/23 | Emails with opposing counsel re cash collateral budget and expenses. | B230 | RXH | 0.10 | 350.00 | 35.00 |
| 07/25/23 | Emails with client re cash collateral budget. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 07/25/23 | Emails with opposing counsel re proposed cash collateral budget. | B230 | RXH | 0.30 | 350.00 | 105.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 07/27/23 | Reviewed new proposed cash collateral budget. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 07/27/23 | Emails with opposing counsel re proposed cash collateral budget. | B230 | RXH | 0.10 | 350.00 | 35.00 |
| 08/01/23 | Prepared weekly budget to actual and revenue tracking reports. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 08/02/23 | Emails with client re amended cash collateral budget. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 08/02/23 | Emails with opposing counsel re amended cash collateral budget. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 08/08/23 | Prepared cash collateral budget to actual report. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 08/15/23 | Prepared cash collateral reports. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 08/22/23 | Prepared and provided cash collateral budget-to-actual reports. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 08/29/23 | Prepared and emailed cash collateral reports. | B230 | RXH | 0.30 | 350.00 | 105.00 |
| 08/30/23 | Emails with opposing counsel re budget-to-actual reports. | B230 | RXH | 0.60 | 350.00 | 210.00 |
| 09/05/23 | Prepared cash collateral reports. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 09/08/23 | Emails with client re cash collateral reports. | B230 | RXH | 0.20 | 350.00 | 70.00 |
| 09/12/23 | Prepared weekly cash collateral reports. | B230 | RXH | 0.50 | 350.00 | 175.00 |
| 05/05/23 | Phone conference with client re Romspen's proof of claim and the impact on filing a plan. | B320 | RXH | 0.60 | 350.00 | 210.00 |
| 06/02/23 | Phone call with client re proposed plan. | B320 | RXH | 0.20 | 350.00 | 70.00 |
| 06/12/23 | Phone conference with Coury re plan and disclosure statement. | B320 | RXH | 0.30 | 350.00 | 105.00 |
| 06/14/23 | Research re default interest in plan. | B320 | RXH | 3.00 | 350.00 | 1,050.00 |
| 06/15/23 | Drafted chapter 11. | B320 | RXH | 4.50 | 350.00 | 1,575.00 |
| 06/16/23 | Drafted plan and disclosure statement. | B320 | RXH | 5.00 | 350.00 | 1,750.00 |
| 06/19/23 | Drafted plan and disclosure statement. | B320 | RXH | 5.00 | 350.00 | 1,750.00 |

| 06/19/23 | Conference with Coury re plan and disclosure statement. | B320 | RXH | 0.30 | 350.00 | 105.00 |
|---|---|---|---|---|---|---|
| 06/20/23 | Review and revise plan; meet with Netanel and Hutchens | B320 | MPC | 3.00 | 500.00 | 1,500.00 |
| 06/20/23 | Met with client re plan and disclosure statement. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 06/20/23 | Conference with Coury re plan and disclosure statement. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 06/21/23 | Met with client re plan. | B320 | RXH | 2.50 | 350.00 | 875.00 |
| 06/21/23 | Drafted disclosure statement and plan. | B320 | RXH | 2.50 | 350.00 | 875.00 |
| 06/22/23 | Finalized and filed proposed plan and disclosure statement. | B320 | RXH | 2.00 | 350.00 | 700.00 |
| 06/28/23 | Research re classification of claims for confirmation purposes. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 06/30/23 | Drafted and filed certificate of service for plan and disclosure statement. | B320 | RXH | 0.20 | 350.00 | 70.00 |
| 07/31/23 | Reviewed objection to disclosure statement. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 07/31/23 | Conference with Coury re objection to disclosure statement. | B320 | RXH | 1.50 | 350.00 | 525.00 |
| 07/31/23 | Research re objection to disclosure statement. | B320 | RXH | 1.50 | 350.00 | 525.00 |
| 08/01/23 | Phone conference with client re objection to disclosure statement. | B320 | RXH | 0.50 | 350.00 | 175.00 |
| 08/01/23 | Conference with Coury re objection to disclosure statement. | B320 | RXH | 0.30 | 350.00 | 105.00 |
| 08/01/23 | Research re confirming a liquidating plan. | B320 | RXH | 3.00 | 350.00 | 1,050.00 |
| 08/02/23 | Conference with Coury re upcoming hearing on disclosure statement. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 08/02/23 | Phone call with client re upcoming hearing on disclosure statement. | B320 | RXH | 0.20 | 350.00 | 70.00 |
| 08/02/23 | Research re plan requirements. | B320 | RXH | 0.50 | 350.00 | 175.00 |
| 08/04/23 | Emails with client re information for | B320 | RXH | 0.30 | 350.00 | 105.00 |

| Date | Description | | | Hours | Rate | Amount |
|------|-------------|---|---|-------|------|--------|
| 08/07/23 | Phone call with client re projections for disclosure statement. | B320 | RXH | 0.20 | 350.00 | 70.00 |
| 08/07/23 | Emails with client re financial projections for disclosure statement. | B320 | RXH | 0.30 | 350.00 | 105.00 |
| 08/07/23 | Drafted amended disclosure statement. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 08/08/23 | Drafted amended disclosure statement. | B320 | RXH | 2.00 | 350.00 | 700.00 |
| 08/09/23 | Conference call with Nick Marcus and Ricky Hutchens re disclosure statement; confer with Hutchens re same | B320 | MPC | 0.75 | 500.00 | 375.00 |
| 08/09/23 | Virtual conference with opposing counsel re amended disclosure statement. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 08/09/23 | Drafted amended disclosure statement. | B320 | RXH | 2.50 | 350.00 | 875.00 |
| 08/10/23 | Drafted disclosure statement and supporting documents. | B320 | RXH | 5.00 | 350.00 | 1,750.00 |
| 08/10/23 | Emails with client re disclosure statement. | B320 | RXH | 0.60 | 350.00 | 210.00 |
| 08/10/23 | Reviewed documents to support disclosure statement. | B320 | RXH | 0.80 | 350.00 | 280.00 |
| 08/11/23 | Reviewed licensing agreement with LRK to determine if executory contract. | B320 | RXH | 0.60 | 350.00 | 210.00 |
| 08/11/23 | Drafted disclosure statement. | B320 | RXH | 3.30 | 350.00 | 1,155.00 |
| 08/11/23 | Conference with Coury re disclosure statement. | B320 | RXH | 0.30 | 350.00 | 105.00 |
| 08/14/23 | Review and revise amended disclosure statement | B320 | MPC | 1.00 | 500.00 | 500.00 |
| 08/14/23 | Drafted amended disclosure statement and accompanying exhibits. | B320 | RXH | 2.00 | 350.00 | 700.00 |
| 08/14/23 | Emails with client re exhibit for amended disclosure statement. | B320 | RXH | 0.10 | 350.00 | 35.00 |
| 08/14/23 | Emails with opposing counsel re amended disclosure statement. | B320 | RXH | 0.20 | 350.00 | 70.00 |
| 08/15/23 | Revise disclosure statement | B320 | MPC | 0.30 | 500.00 | 150.00 |

| Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/15/23 | Finalized and filed amended disclosure statement/plan and accompanying exhibits. | B320 | RXH | 3.30 | 350.00 | 1,155.00 |
| 08/15/23 | Phone call with opposing counsel re executory contract issue. | B320 | RXH | 0.20 | 350.00 | 70.00 |
| 08/16/23 | Phone call with opposing counsel re executory contracts and treatment under the plan. | B320 | RXH | 0.40 | 350.00 | 140.00 |
| 08/17/23 | Prepare for and attend hearing on disclosure statement; draft amendment to disclosure statement | B320 | MPC | 2.00 | 500.00 | 1,000.00 |
| 08/17/23 | Attended hearing on approving disclosure statement. | B320 | RXH | 1.50 | 350.00 | 525.00 |
| 08/17/23 | Drafted second amended disclosure statement. | B320 | RXH | 0.60 | 350.00 | 210.00 |
| 08/18/23 | Finalized and filed second amended disclosure statement and plan. | B320 | RXH | 0.60 | 350.00 | 210.00 |
| 08/22/23 | Prepared ballots for voting. | B320 | RXH | 0.80 | 350.00 | 280.00 |
| 08/22/23 | Prepared packets for sending out to creditors to vote on plan. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 08/22/23 | Prepared amendment to second amended plan. | B320 | RXH | 0.20 | 350.00 | 70.00 |
| 08/23/23 | Prepared voting packets to send to creditors. | B320 | RXH | 1.00 | 350.00 | 350.00 |
| 08/23/23 | Drafted first amendment to second amended plan. | B320 | RXH | 0.50 | 350.00 | 175.00 |
| 08/24/23 | Emails with client re potential sale/refinance options. | B320 | RXH | 0.20 | 350.00 | 70.00 |
| 08/25/23 | Prepared and finalized voting packets for all classes. | B320 | RXH | 0.60 | 350.00 | 210.00 |
| 09/11/23 | Phone call with client re soliciting votes for plan. | B320 | RXH | 0.60 | 350.00 | 210.00 |
| 09/12/23 | Teams call with Wellford re LRK; emails to and from Hirsch and Parrish; prepare amended sale order | B320 | MPC | 0.70 | 500.00 | 350.00 |

| 09/12/23 | Phone call with opposing counsel re plan treatment. | B320 | RXH | 0.30 | 350.00 | 105.00 |
| 09/12/23 | Drafted second amendment to second amended plan. | B320 | RXH | 0.50 | 350.00 | 175.00 |

|  |  |  |  |  |  | _____ |
|  |  |  |  | TOTAL FOR SERVICES |  | $159,646.50 |

| ATTORNEY | RANK | HOURS | RATE | TOTAL |
| --- | --- | --- | --- | --- |
| Michael P. Coury | Member | 118.85 | $500.00/hr. | $59,425.00 |
| Ricky L. Hutchens | Associate | 284.65 | $350.00/hr. | $99,627.50 |
| Mandi  Benson | Paralegal | 2.70 | $220.00/hr. | $594.00 |

|  | TOTAL ATTORNEYS FEES |  | $159,646.50 |

## ITEMIZED DISBURSEMENTS

| DATE | DESCRIPTION | QTY | AMOUNT |
| --- | --- | --- | --- |
| 03/27/23 | Filing Fee [E112]<br>PAYEE: Coury, Michael P.; REQUEST#: 223087; DATE:<br>3/27/2023. Reimbursement: Bankruptcy Filing Fee |  | $1,738.00 |
| 03/27/23 | Postage [E108]<br>47 @ $0.60. |  | $28.20 |
| 04/14/23 | Postage [E108]<br>52 @ $0.60. |  | $31.20 |
| 04/21/23 | Postage [E108]<br>51 @ $0.60. |  | $30.60 |
| 04/26/23 | Postage [E108]<br>51 @ $0.60. |  | $30.60 |
| 05/15/23 | Postage [E108]<br>51 @ $0.84. |  | $42.84 |
| 05/16/23 | Breakfast/Lunch/Dinner Meeting [E111]<br>PAYEE: Buttry, Lea W.; REQUEST#: 224141; DATE:<br>5/16/2023.  -  Reimbursement for Lunch for meeting with<br>client. |  | $42.19 |
| 05/17/23 | Clerical Overtime [E124]<br>Lea Buttry worked .5 hour of overtime |  | $23.10 |
| 05/17/23 | Transcript of Deposition [E115]<br>VENDOR: Veritext; INVOICE#: 6571617; DATE: 5/17/2023; |  | $2,327.50 |

| 05/17/23 | Transcript of Deposition [E115]<br>VENDOR: Veritext; INVOICE#: 6579814; DATE: 5/17/2023;<br>Deposition of John Praytor - Vol. 2. | $1,071.28 |
| 05/24/23 | Transcript of Deposition [E115]<br>VENDOR: Veritext; INVOICE#: 6580411; DATE: 5/24/2023;<br>Depositions of Dexter Muller, Ron Neyhart and Yehuda<br>Netanel. | $2,582.36 |
| 06/01/23 | Transcript of Proceedings [E116]<br>VENDOR: Veritext; INVOICE#: 6613027; DATE: 6/1/2023;<br>Proceedings on 05/18/2023. | $1,319.20 |
| 06/01/23 | Transcript of Proceedings [E116]<br>VENDOR: Veritext; INVOICE#: 6613461; DATE: 6/1/2023;<br>Procedings on 05/19/2023. | $1,372.55 |
| 06/19/23 | Postage [E108]<br>52 @ $0.84. | $43.68 |
| 06/20/23 | Postage [E108]<br>52 @ $2.46. | $127.92 |
| 07/28/23 | Postage [E108]<br>52 @ $1.11. | $57.72 |
| 08/25/23 | Postage [E108]<br>24 @ $9.35. | $224.40 |
| 08/25/23 | Postage [E108] | $13.05 |
| 08/25/23 | Postage [E108] | $10.95 |
| 08/25/23 | Postage [E108] | $10.65 |
| 08/25/23 | Postage [E108] | $11.75 |
| 08/25/23 | Postage [E108] | $9.35 |
| 08/25/23 | Postage [E108] | $9.35 |
| 08/25/23 | Postage [E108] | $9.35 |

TOTAL DISBURSEMENTS                        $11,167.79

| CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------|--------|
| **B100** | **Administration** | **279.00** | **111,879.00** |
| B110 | Case Administration | 20.35 | 8,180.00 |
| B130 | Asset Disposition | 7.30 | 3,335.00 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 240.45 | 95,499.00 |
| B150 | Meetings of and Communications with Creditors | 4.00 | 2,000.00 |
| B160 | Fee / Employment Applications | 5.40 | 2,175.00 |
| B185 | Assumption / Rejection of Leases and Contracts | 1.50 | 690.00 |
| **B200** | **Operations** | **48.35** | **19,007.50** |
| B230 | Financing / Cash Collections | 48.35 | 19,007.50 |
| **B300** | **Claims and Plan** | **78.85** | **28,760.00** |
| B320 | Plan and Disclosure Statement (including Business Plan) | 78.85 | 28,760.00 |

| DISB | DESCRIPTION | AMOUNT |
|------|------------|--------|
| E108 | Postage | 691.61 |
| E111 | Meals | 42.19 |
| E112 | Court Fees | 1,738.00 |
| E115 | Deposition Transcripts | 5,981.14 |
| E116 | Trial Transcripts | 2,691.75 |
| E124 | Other | 23.10 |

**TOTAL CUMULATIVE BILLED TO DATE**
**$170,814.29**